United States District Court
Central District of California
Eastern Division

| | |
|---|---|
| Roger Mihay,<br><br>       Plaintiff,<br><br>   v.<br><br>Ez-Flo International, Inc.,<br><br>       Defendant. | EDCV 15-411-VAP (DTBx)<br><br>**Order to Show Cause For Failure to Prosecute** |

On March 5, 2015, Plaintiff filed the Complaint in this action. (Doc. No. 1.) On April 2, 2015, Plaintiff filed a Proof of Service indicating he served Defendant Ez-Flo International, Inc. (Doc. No. 15.) Defendant's Answer was due on May 15, 2015. (Id.) Parties stipulated to extend the time required to answer the complaint until December 4, 2015. (Doc. No. 26.) Defendant has not yet answered the Complaint. Plaintiff has not filed a request to enter default against Defendant.

Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than February 15, 2016, why this action should not be dismissed for failure to prosecute. Plaintiff may respond to this Order by filing a request to enter Defendant's default or filing a notice of settlement. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated:   2/2/16

                   Virginia A. Phillips
                   United States District Judge